JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| Antonio Fernandez,<br><br>       Petitioner,<br><br>v.<br><br>PIH Health Real Estate Services, et al.,<br><br>       Respondents. | Case No. CV 19-02155-VAP (Ex)<br><br>**ORDER OF DISMISSAL** |

   The Court having been advised by counsel for the parties that the above-entitled action has settled,

   IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

   THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.  All pending dates are hereby vacated.

Dated: March 11, 2020

VIRGINIA A. PHILLIPS
Chief United States District Judge