CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

ERNIE ZACHARY PARK, State Bar #82616
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-1797
(562) 698-9771; (562) 309-8063 Fax
Ernie.Park@Bewleylaw.com
Attorneys for Defendant
PIH Health Real Estate Services, LLC

FARID NOVIAN (SBN 113504)
ALEXANDER C. TABOLSKY (SBN 316502)
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone: (310) 553-1222
Facsimile: (310) 553-0222
Farid@NovianLaw.com
Tabolsky@Novianlaw.com
Attorneys for Defendant
United Medical Imaging, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>　　　Plaintiff,<br><br>　v.<br><br>PIH HEALTH REAL ESTATE SERVICES, LLC, a Delaware Limited Liability Company;<br>UNITED MEDICAL IMAGING, INC., a California Corporation; and Does 1-10,<br><br>　　　Defendants. | Case No.: 2:19-CV-02155-VAP-E<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

1  Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
2  parties hereto that this action may be dismissed with prejudice as to all parties; each
3  party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
4  matter has been resolved to the satisfaction of all parties.
5
6  Dated: April 27, 2020          CENTER FOR DISABILITY ACCESS
7
8                                 By: /s/ Phyl Grace
                                       Phyl Grace
9                                      Attorneys for Plaintiff
10
11 Dated: April 27, 2020          BEWLEY, LASSLEBEN & MILLER, LLP
12
13                                By: /s/ Ernie Zachary Park
                                       Ernie Zachary Park
14                                     Attorney for Defendant
                                       PIH Health Real Estate Services, LLC
15
16
17 Dated: April 27, 2020          NOVIAN & NOVIAN, LLP
18
19                                By: /s/ Alexander C. Tabolsky
                                       Alexander C. Tabolsky
20                                     Attorney for Defendant
                                       United Medical Imaging, Inc.
21
22
23
24
25
26
27
28

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Ernie Zachary Park, counsel for PIH Health Real Estate Services, LLC and Alexander C. Tabolsky counsel for United Medical Imaging, Inc., and that I have obtained authorization to affix their electronic signature to this document.

Dated: April 27, 2020          CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff